**In re Anthony MOORE, Petitioner.**

**Misc. No. 117.**

United States Court of Appeals,
Federal Circuit.

March 22, 2012.

ON PETITION

**ORDER**

Anthony Moore petitions for a writ of mandamus to the United States Court of Federal Claims for refusing to process the petitioner's complaint against the United States Supreme Court. The court notes that Mr. Moore has not paid the docketing fee.

Accordingly,

IT IS ORDERED THAT:

The petition is dismissed for failure to pay the docketing fee pursuant to Federal Circuit Rule 52(d).